UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY KNICKMEYER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:20-CV-01076 JAR |
| KILOLO KIJAKAZI[1], Acting Commissioner of the Social Security, Administration, | ) ) ) ) ) |
| Defendant. | ) ) ) |

## MEMORANDUM AND ORDER OF REMAND

This matter is before the Court on Defendant's Motion to Reverse and Remand pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 29). Plaintiff has no objection to Defendant's motion. (Doc. No. 30).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reverse and Remand [29] is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is **REVERSED AND REMANDED** to the ALJ for further evaluation of Plaintiff's maximum residual functional capacity, with specific consideration of Plaintiff's ability to sustain work on a regular and continuing basis, in accordance with 20 C.F.R. § 404.1545 and Social Security Ruling 96-8p, as well as the medical opinion evidence in accordance with 20 C.F.R. § 404.1520c.

A separate Judgment will accompany this order.

---

[1] Dr. Kilolo Kijakazi is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also 42 U.S.C. § 405(g) (stating that action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

Dated this 21st day of September, 2021.

                                          _____
                                          JOHN A. ROSS
                                          UNITED STATES DISTRICT JUDGE